**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-04093-RBJ

SERGIO RUIZ-BAMACA,

     Petitioner,

v.

ROBERT HAGAN, TODD LYONS,
PAM BONDI, in their official capacities,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT
OF HOMELAND SECURITY, EXECUTIVE
OFFICE OF IMMIGRATION REVIEW,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Senior United States District Judge R. Brooke Jackson entered on January 16, 2026, [ECF No. 12] and June 8, 2026, [ECF No. 15], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  M. Smotts

M. Smotts, Deputy Clerk